1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY JAMES MENZIES,                    1:16-cv-01761-SKO (HC)

12                  Petitioner,

13         v.                                   ORDER TRANSFERRING CASE TO THE
                                                SACRAMENTO DIVISION OF THE
14    M. E. SPEARMAN,                           EASTERN DISTRICT OF CALIFORNIA

15                  Respondent.

16

17

18         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

19    28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

20    § 1915.

21         The petitioner is challenging a conviction from Butte County, which is part of the

22    Sacramento Division of the United States District Court for the Eastern District of California.

23    Therefore, the petition should have been filed in the Sacramento Division.

24         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the court's own motion, be transferred to the proper court. Therefore, this action

26    will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY

27    ORDERED that:

28    ///

                                                  1

1        1.  This action is transferred to the United States District Court for the Eastern District of

2   California sitting in Sacramento; and

3        2.  All future filings shall reference the new Sacramento case number assigned and shall

4   be filed at:

                       United States District Court

5                     Eastern District of California

6                     501 "I" Street, Suite 4-200

                     Sacramento, CA 95814

7

8        3.  This court has not ruled on petitioner's request to proceed in forma pauperis.

9

10  IT IS SO ORDERED.

11  Dated:   **November 21, 2016**             /s/ *Sheila K. Oberto*

12                               UNITED STATES MAGISTRATE JUDGE

2